UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID CRUZ, an individual

    Plaintiff,

v.                             Case No:   2:15-cv-353-FtM-38MRM

BRADFORD TRI-COUNTY
MARKETING, INC., JAMES M.
BRADFORD and TAMMY L.
BRADFORD,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #27) filed on January 20, 2016, and Joint Notice (Doc. #29) filed on February 4, 2016.

Plaintiff David Cruz brought this action under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, for unpaid overtime and minimum wages.  (Doc. #1). The parties now advise that Plaintiff's claims against Defendants have been resolved in full without compromise.  (Doc. #27; Doc. #29).   The Court thus need not review and approve the settlement for fairness.  See *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *King v. My Online Neighborhood, Inc.*, No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required." (citation omitted)).

In addition, Rule 41 of the Federal Rules of Civil Procedure allows a plaintiff to dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also* Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012). Here, the parties stipulate to dismiss this case with prejudice under Rule 41(a)(1)(A)(ii); and both parties have signed the Joint Stipulation of Dismissal (Doc. #27). The Court, therefore, dismisses this case with prejudice.

Accordingly, it is now

**ORDERED:**

(1) The Joint Stipulation for Dismissal With Prejudice (Doc. #27) is **GRANTED**. The Court **dismisses with prejudice** the above-captioned case with each party to bear his/its own attorneys' fees and costs.

(2) The Clerk of Court is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of February, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record